IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEVORY W HICKMON, SR,

    Petitioner,

v.                                 CASE NO. 4:07-cv-00184-MP-WCS

JUDGE OF THE 9TH JUDICIAL CIRCUIT,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's in forma pauperis motion, doc. 2, be denied, and Plaintiff's complaint, doc. 1, be dismissed. The time for filing objections has passed and none have been filed. The Court agrees that Plaintiff has been deemed by various court orders to be a vexatious litigant barred by the three strikes provision of 28 U.S.C. § 1915(g) from initiating a civil rights case in federal court without full payment of the filing fee at the time he submits the complaint. He has not provided full payment of the filing fee, and so dismissal is appropriate. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *21st*  day of August, 2007

                    *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge